ORIGINAL

FILED

2007 OCT 17  PM 3:58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  WEISS & JONES
   Philip E. Weiss, Esq.
2  1551 Shelter Island Drive
   San Diego, California 92106
3  Telephone: (619) 225-8884
   Facsimile: (619) 225-8801
4
   Attorneys for Plaintiff
5
   SHELTER ISLAND YACHTWAYS, LTD.
6  a California Limited Partnership,
   dba SHELTER ISLAND BOATYARD
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10
                                              '07 CV 2015   DMS WMc
11 SHELTER ISLAND YACHTWAYS, LTD., a    )  Case No.
   California Limited Partnership dba SHELTER )
12 ISLAND BOATYARD,                     )  IN ADMIRALTY
                                        )
13              Plaintiff,              )  EX PARTE APPLICATION FOR
                                        )  ORDER AUTHORIZING
14 v.                                   )  ISSUANCE OF A WARRANT FOR
                                        )  ARREST OF DEFENDANT
15 M/Y SUNDANCE, Official No. 521498, A )  VESSEL
   HATTARAS MOTORYACHT OF               )
16 APPROXIMATELY 33 FEET IN LENGTH      )  IN ADMIRALTY
   AND 12 FEET IN BEAM, AND ALL OF HER  )
17 ENGINES, TACKLE, ACCESSORIES,        )  F.R.C.P. Supplemental Admiralty
   EQUIPMENT, FURNISHINGS AND           )  Rules C and E.
18 APPURTENANCES, *in rem*,             )
                                        )  46 U.S.C. Sections 30101-31343
19              Defendant.              )
                                        )
20 _____)

21      Plaintiff SHELTER ISLAND YACHTWAYS, LTD, a California Limited Partnership,

22 dba SHELTER ISLAND BOATYARD (hereinafter "PLAINTIFF") by and through its

23 attorneys, respectfully requests that this Honorable Court issue an Order authorizing the

24 immediate issuance of a Warrant for Arrest for the arrest of the DEFENDANT VESSEL

25 M/Y SUNDANCE, Official No. 521498, a Hattaras Motoryacht of approximately 33 Feet in

26 Length and 12 Feet in Beam, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES,

27 ///

28 ///

1  EQUIPMENT, FURNISHINGS AND APPURTENANCES ("DEFENDANT VESSEL"),
2  and in support thereof, represents as follows:
3      1.   The within action is an action *in rem* for satisfaction of PLAINTIFF's maritime
4  liens, which are based both on torts and debts of the DEFENDANT VESSEL, including ones
5  premised on trespass, fraud in the inducement, breach of implied maritime contract for
6  necessaries and quantum meruit.
7      2.   The Verified Complaint and the Declaration of Philip E. Weiss demonstrate the
8  within action is one properly within admiralty jurisdiction, as it is based principally on
9  PLAINTIFF's maritime liens, which encumber the *in rem* DEFENDANT VESSEL.
10     3.   The Supplemental Rules for Admiralty and Maritime Claims, as amended,
11 effective August 1, 1985, require judicial scrutiny of the Complaint to authorize the issuance
12 of a Warrant of Arrest, as well as provision of notice of the arrest so as to permit the owner
13 or other interested person an opportunity for prompt post-seizure hearing, if requested by
14 them.
15     WHEREFORE, plaintiff prays that an Order issue authorizing a Warrant for the Arrest
16 of the DEFENDANT VESSEL, and providing for a prompt post-seizure hearing, if requested
17 by defendants, pursuant to the Supplemental Admiralty Rules, as amended.

Respectfully submitted,

DATED: October 17, 2007    WEISS & JONES

By _____
Philip E. Weiss, Esq.
Attorney for Plaintiff
SHELTER ISLAND YACHTWAYS, LTD,
a California Limited Partnership,
dba SHELTER ISLAND BOATYARD