```
1  WEISS & JONES
   Philip E. Weiss, Esq. (No. 152523)
2  1551 Shelter Island Drive
   San Diego, California 92106
3  Telephone: (619) 225-8884
   Facsimile: (619) 225-8801
4
   Attorney for Plaintiff
5
   SHELTER ISLAND YACHTWAYS, LTD.
6  a California Limited Partnership,
   dba SHELTER ISLAND BOATYARD
7
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTER ISLAND YACHTWAYS, LTD., a California Limited Partnership, dba SHELTER ISLAND BOATYARD,<br><br>Plaintiff,<br><br>v.<br><br>M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 07 CV 2015 DMS WMc<br><br>IN ADMIRALTY<br><br>NOTICE OF UNAVAILABILITY OF PLAINTIFF'S COUNSEL |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Philip E. Weiss, counsel for Plaintiff SHELTER ISLAND YACHTWAYS, LTD., a California Limited Partnership, dba SHELTER ISLAND BOATYARD, will be out of the state or otherwise unavailable for any purpose whatsoever on the following dates:

November 1 through November 9, 2007, inclusive.

Plaintiff's attorney therefore requests that no hearings, depositions, or deadlines/due dates may be set in the above-captioned matter during the dates referenced above. A party's

1  purposefully scheduling a conflicting proceeding without good cause is sanctionable conduct.
2  Tenderloin Housing Clinic v. Sparks (1992) 8 Cal.App4th 299.

4  DATED: October 18, 2007

WEISS & JONES

*[signature]*

PHILIP E. WEISS, Esq.
Attorney for Plaintiff
SHELTER ISLAND YACHTWAYS, LTD.
a California Limited Partnership,
dba SHELTER ISLAND BOATYARD

WEISS & JONES
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorney for Plaintiff
SHELTER ISLAND YACHTWAYS, LTD,
a California Limited Partnership,
dba SHELTER ISLAND BOATYARD

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTER ISLAND YACHTWAYS, LTD, a California Limited Partnership, dba SHELTER ISLAND BOATYARD,<br><br>Plaintiff,<br><br>v.<br><br>M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 07 CV 2015 DMS WMc<br><br>IN ADMIRALTY<br><br>DECLARATION OF SERVICE<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

## DECLARATION OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego, California 92106. On October 18, 2007, I served the following document(s) described as:

- **Notice of Unavailability of Plaintiff's Counsel**

on the interested parties in Case No. 07 CV 2015 DMS WMc by placing [_] the

DECLARATION OF SERVICE                                              Page -1-
                                                                    Case No. 07 CV 2015 DMS WMc

1  original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

2      Mr. Wayne Oliver

3      P.O. Box 3179

4      Kerby, OR  97531-3179

5  [_]    **(BY PERSONAL SERVICE):** Personal service accomplished by [_] attorney service or

6  [_] _____, employed by Weiss & Jones.

7  [_]    **(BY FACSIMILE AS INDICATED ABOVE):** I caused the foregoing document(s) to be

8  sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.

9  [X]    **(BY MAIL AS INDICATED ABOVE):** As follows: I am "readily familiar" with the firm's

10  practice of collection and processing correspondence for mailing. Under that practice it would be

11  deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego,

12  California in the ordinary course of business. I am aware that on motion of the party served, service

13  is presumed invalid if postal cancellation date or postage meter date is more than one day after

14  deposit for mailing in affidavit.

15  [ ]    **(STATE):** I declare under penalty of perjury under the laws of the State of California that

16  the foregoing is true and correct.

17  [X]    **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court

18  at whose direction the service was made.

19  Dated: October 18, 2007           *Tamara A. Geehan*

20                              Tamara A. Geehan

21  c:\arrest-sdcal-clientsub\proofservice

DECLARATION OF SERVICE                             Page -2-
                                                                    Case No. 07 CV 2015 DMS WMc