


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTER ISLAND YACHTWAYS, LTD., a California Limited Partnership dba SHELTER ISLAND BOATYARD,<br><br>Plaintiff,<br><br>v.<br><br>M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. '07 CV 2015 DMS WMc<br><br>IN ADMIRALTY<br><br>[PROPOSED] ORDER AUTHORIZING ARREST OF DEFENDANT VESSEL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

The Court, having reviewed the Verified Complaint of the Plaintiff and the Declaration of Philip E. Weiss, an attorney acting on its behalf, and upon application of Plaintiff for an Order Authorizing a Warrant of Arrest, finds that the conditions for an action *in rem* appear to exist, and it is therefore

ORDERED that the immediate issuance of a warrant for the arrest of the DEFENDANT VESSEL M/Y SUNDANCE, Official No. 521498, a Hattaras Motoryacht of approximately 33 Feet in Length and 12 Feet in Beam, AND ALL OF HER ENGINES,

///

1 TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES (the
2 "DEFENDANT VESSEL") is authorized, and it is further
3     ORDERED that the Clerk of the District Court shall immediately prepare a
4 Warrant for the Arrest of the DEFENDANT VESSEL and shall deliver it to the United States
5 Marshal for the Southern District of California for service; and it is further
6     ORDERED that any person claiming an interest in the Defendant Vessel shall
7 be entitled upon request to a prompt hearing at which the Plaintiff shall be required to show
8 why the arrest should not be vacated or other relief granted consistent with the Supplemental
9 Rules for Certain Admiralty and Maritime Claims, and it is further
10     ORDERED that a copy of this Order be attached to and served with the said
11 Warrant For Arrest In Action In Rem.
12 Dated: ~~October~~ 11-2, 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT


Respectfully submitted on October 17, 2007 by:

WEISS & JONES

By _____

Philip E. Weiss
Attorneys for Plaintiff
SHELTER ISLAND YACHTWAYS, LTD,
a California Limited Partnership,
dba SHELTER ISLAND BOATYARD

[PROPOSED] ORDER AUTHORIZING ARREST OF DEFENDANT
VESSEL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C

Case No. 07CV2015