**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Shelter Island Yachtways, a California Limited Partnership dba Shelter Island Boatyard | COURT CASE NUMBER: 07CV2015 DMS WMC |
| DEFENDANT: M/Y SUNDANCE, official no. 521498, a Hatteras motoryacht of approximately 33 feet in length and 12 feet in beam, and all her engines, tackle, accessories, etc., in rem | TYPE OF PROCESS: In Rem 2007 Vessel Seizure |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/Y SUNDANCE, official no. 521498, a Hatteras motoryacht of approx. 33 feet in length and 12 feet in beam and all her engines, tackle, accessories, etc, in rem, Rm lying at:

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Shelter Island Boatyard, 2330 Shelter Island Dr, San Diego, CA 92106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Weiss & Jones
Attn.: Philip Weiss, Esq.
1551 Shelter Island Drive
San Diego, CA 92106

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please seize, take into custody and post Complaint/Arrest Documents on the Defendant vessel, M/Y SUNDANCE, official no. 521498, a Hatteras motoryacht of approx. 33 feet in length and 12 feet in beam, where she lies at Shelter Island Boatyard, as instructed by court order as soon as possible. Please contact Bill Roberts or Roy Hobbs, managers at 619-222-0481, in advance to advise of date and time of seizure. Thank you.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 619-225-8884
DATE: 10.16.07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No.: 98 | District to Serve No.: 98 | Signature of Authorized USMS Deputy or Clerk | Date: 10/29/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 11/8/07   Time: 10:20 pm

Signature of U.S. Marshal or Deputy: DUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | 5.38 | | $50.38 | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

ORIGINAL

1  WEISS & JONES
   Philip E. Weiss, Esq. (No. 152523)     RECEIVED
2  1551 Shelter Island Drive
   San Diego, California 92106
3  Telephone: (619) 225-8884              2007 NOV -6  P 4: 13
   Facsimile: (619) 225-8801
4                                         U.S. MARSHAL
   Attorney for Plaintiff                 SOUTHERN DISTRICT OF
5  SHELTER ISLAND YACHTWAYS, LTD          CALIFORNIA
   a California Limited Partnership,
6  dba SHELTER ISLAND BOATYARD

7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
                                           '07 CV 2015    DMS WMc
11
    SHELTER ISLAND YACHTWAYS, LTD, a    )  Case No.
12  California Limited Partnership, dba SHELTER )
    ISLAND BOATYARD,                    )  IN ADMIRALTY
13                                      )
                 Plaintiff,             )  WARRANT FOR ACTION IN REM
14                                      )
    v.                                  )
15                                      )  F.R.C.P. Supplemental Admiralty
    M/Y SUNDANCE, Official No. 521498, A )  Rules C and E.
16  HATTARAS MOTORYACHT OF              )
    APPROXIMATELY 33 FEET IN LENGTH     )  46 U.S.C. Sections 30101-31343
17  AND 12 FEET IN BEAM, AND ALL OF HER )
    ENGINES, TACKLE, ACCESSORIES,       )
18  EQUIPMENT, FURNISHINGS AND          )
    APPURTENANCES, *in rem*,            )
19                                      )
                 Defendant.             )
20  _____)

21

22  TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

23        WHEREAS a Verified Complaint has been filed in this Court in the above-entitled action

24  against the Defendant Vessel M/Y SUNDANCE, Official No. 521498, a Hattaras Motoryacht of

25  approximately 33 Feet in Length and 12 Feet in Beam, and all of her engines, tackle, accessories,

26  equipment, furnishings and appurtenances, etc. and all other necessaries thereunto appertaining

27  and belonging (hereinafter "DEFENDANT VESSEL") upon admiralty and maritime lien claims

28  for trespass, breach of implied contract for necessaries, fraud in the inducement and quantum meruit

1  in the current amount of One Thousand Eight Hundred Dollars ($1,800.00), plus $66.00 per day for
2  lay day charges, plus prejudgment interest, punitive damages and costs of suit (including attorneys'
3  fees), for the reasons and causes therein stated and praying for process of warrant for the arrest of
4  said DEFENDANT VESSEL and appurtenances, and that all persons with an interest in the said
5  vessel and/or her appurtenances be cited to answer, and that the said vessel and her appurtenances
6  may for the causes in the said Complaint be condemned and sold to pay the demands of the Plaintiff.

7   YOU ARE HEREBY COMMANDED to attach the said DEFENDANT VESSEL and her
8  appurtenances, and to detain the same in your custody, or in the custody of an authorized substitute
9  custodian, until the further order of the Court respecting the same, and to give due notice to all
10 persons claiming the same or having anything to say why the same should not be condemned and
11 sold pursuant to the Prayer of the said Verified Complaint, that they must file their claim with the
12 Clerk of this Court within 10 days after execution of this process, or within such additional time as
13 may be allowed by the Court, and must serve their answers within 20 days after the filing of their
14 claims.

15   YOU ARE FURTHER COMMANDED to file this process in this Court with your return
16 thereon promptly after execution thereof, and mail a copy thereof to the attorney at whose request
17 the execution was effected.

18 DATED: ~~October~~ November 6, 2007        UNITED STATES DISTRICT COURT CLERK

19

20                                             By: _____

21                                                 Deputy Clerk

22 Respectfully submitted on October 17, 2007 by:

23 WEISS & JONES

24 By_____
25    Philip E. Weiss, Esq.
      Attorney for Plaintiff
26    SHELTER ISLAND YACHTWAYS, LTD,
      a California Limited Partnership,
27    dba SHELTER ISLAND BOATYARD

28

WARRANT FOR ACTION IN REM                                    Page -2-
                                                             Case No.