# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Shelter Island Yachtways, a California Limited Partnership dba Shelter Island Boatyard | 07 CV 2015 DMS WMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M/Y Sundance, Official no. 521498, a Hatteras Motoryacht of approx. 33 ft. in lenght and all her engines, etc. | In Rem Publication |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Please publish notice in Daily Transcript

**AT** ADDRESS: 2131 Third Ave, San Diego, CA 92101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Weiss & Jones
Attn: Philip Weiss, Esq.
1551 Shelter Island Dr.
San Diego, CA 92106

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**

Please publish notice of Vessel Arrest in the Daily Transcript as statutorily mandated. Thank you.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 619-225-8884
DATE: 10.16.07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 98
District to Serve No.: 98
Signature of Authorized USMS Deputy or Clerk: A Scott
Date: 10/29/07

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 11/08/07
Time: am / pm
Signature of U.S. Marshal or Deputy: DUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | | |

**REMARKS:** 11/8/07 - Forwarded Ntc of Sale to SD Transcript

---

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

**ORIGINAL**

WEISS & JONES
Philip E. Weiss, Esq.
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff

SHELTER ISLAND YACHTWAYS, LTD.
a California Limited Partnership,
dba SHELTER ISLAND BOATYARD

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTER ISLAND YACHTWAYS, LTD., a California Limited Partnership dba SHELTER ISLAND BOATYARD, <br><br> Plaintiff, <br><br> v. <br><br> M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, <br><br> Defendant. | Case No. 07 CV 2015 DMS WMc <br><br> IN ADMIRALTY <br><br> NOTICE OF VESSEL ARREST <br><br> IN ADMIRALTY <br><br> F.R.C.P. Supplemental Admiralty Rules C and E. <br><br> 46 U.S.C. Sections 30101-31343 |

NOTICE IS HEREBY GIVEN pursuant to Rules C and E of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Rules of the United States District Court in and for the Southern District of California that on the 8th day of November, 2007, the United States Marshal arrested, seized and took into its possession the vessel M/Y SUNDANCE, Official No. 521498, a Hattaras Motoryacht of approximately 33 Feet in Length and 12 Feet in Beam, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, for

1  the causes set forth in the Verified Complaint, to wit: Trespass, Fraud In The Inducement,
2  Breach of Implied Maritime Contract and Quantum Meruit, now pending in the United States
3  District Court for the Southern District of California, at San Diego.
4      The amount demanded in the Verified Complaint is the sum of $66.00 per day
5  beginning September 17, 2007 and continuing until such time as the DEFENDANT VESSEL
6  is either removed from Plaintiff's premises or until she is taken into custody by the U.S.
7  Marshal, pursuant to Order of this Court, plus prejudgment interest and costs of suit
8  (including attorneys' fees).
9      This arrest was made pursuant to an Order and Warrant for Arrest issued by the Clerk
10 of the Court on or about November 8, 2007.
11     I hereby give notice to all persons claiming any interest in said DEFENDANT
12 VESSEL, or having anything to say why the same should not be condemned and forfeited,
13 that they file their claims pursuant to Rule C(6), Supplemental Rules to the Federal Rules of
14 Civil Procedure, with the Clerk of the United States District Court, at San Diego, and serve a
15 copy of it on attorneys for plaintiff, WEISS & JONES, within ten days after the date of first
16 publication, or within such additional time as the Court may allow, and must serve their
17 answers within twenty days after the filing of their claims, and that all interested persons
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

should file claims and answers within the times so fixed; otherwise, default will be noted and condemnation ordered against any such person not so complying.

DATED: November __8th__, 2007

                      STEVEN C. STAFFORD
         Acting United States Marshal

By: _____
       Toni Wheetley
     Deputy U.S. Marshal

SUBMITTED ON OCTOBER 29, 2007

WEISS & JONES

By _____
   Philip E. Weiss
   Attorney for Plaintiff
   SHELTER ISLAND YACHTWAYS, LTD,
   a California Limited Partnership,
   dba SHELTER ISLAND BOATYARD