ORIGINAL

Summons in a Civil Action (Rev. 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SHELTER ISLAND YACHTWAYS, LTD., a California Limited Partnership, dba SHELTER ISLAND BOATYARD

vs

M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*

SUMMONS IN A CIVIL ACTION
Case No. '07 CV 2015   DMS WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Weiss & Jones
Philip E. Weiss, Esq.
1551 Shelter Island Drive
San Diego, CA 92106

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

OCT 17 2007
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ORIGINAL

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 11-8-07 |
| NAME OF SERVER Toni Wheetley | TITLE | Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Defendant Vessel at Shelter Island Boatyard, 2330 Shelter Island Drive, San Diego, CA 92106

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[X] Other (specify): * Declaration of Service also attached indicating service of Summons, Complaint and other vessel arrest documents to person plaintiff believes has ownership interest in Defendant Vessel.

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES 50.38 | TOTAL $0.00 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____
Date

Signature of Server: Please see attached U.S. Marshal's notice of Service - Form 285 for Deputy Wheetley's signature

Address of Server: U.S. Marshal's Service, Civil Seizure Section, 940 Front St., Room B-150, Lower Level, San Diego, CA 92101

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Shelter Island Yachtways, a California limited partnership dba Shelter Island Boatyard | COURT CASE NUMBER 07CV2015 DMS WMc |
|---|---|
| DEFENDANT M/V Significance, HIN-RPI-DK, a Honduras Registered 33' Sportfisher, Tackle and all her engines, in rem | TYPE OF PROCESS In Rem Vessel Seizure |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V Significance, HIN-RPI-DK... in rem and all her engines, tackle, accessories, etc.

AT ADDRESS: Shelter Island Boatyard, 2330 Shelter Island Dr, San Diego, CA 92106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Weiss & Jones
Attn: Michael L. Weiss, Esq.
1551 Shelter Island Drive
San Diego, CA 92106

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
Please seize, take into custody and post complaint/arrest documents on the defendant vessel M/V Significance, Official Number [illegible], a Honduras flagged vessel approximately 33 feet in length and 12 feet in beam, where she lies at Shelter Island Boatyard, as instructed by carrier as soon as possible. Please contact Bill Roberts or Roy Hobbs, manager at 619-222-0481, in advance to advise of date and time of seizure. Thank you.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 619-225-8884   DATE: 10-10-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | CA | CA | | 11/7 |

Service Fee: $15   Total Mileage Charges: 5.38   Total Charges: $50.38

REMARKS:

| | |
|---|---|
| 1 | WEISS & JONES |
| | Philip E. Weiss, Esq. (No. 152523) |
| 2 | 1551 Shelter Island Drive |
| | San Diego, California 92106 |
| 3 | Telephone: (619) 225-8884 |
| | Facsimile: (619) 225-8801 |
| 4 | |
| | Attorney for Plaintiff |
| 5 | SHELTER ISLAND YACHTWAYS, LTD, |
| | a California Limited Partnership, |
| 6 | dba SHELTER ISLAND BOATYARD |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2015   DMS WMc

| | |
|---|---|
| SHELTER ISLAND YACHTWAYS, LTD, a California Limited Partnership, dba SHELTER ISLAND BOATYARD, | Case No. |
| | IN ADMIRALTY |
| Plaintiff, | DECLARATION OF SERVICE |
| v. | F.R.C.P. Supplemental Admiralty Rules C and E. |
| M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, | 46 U.S.C. Sections 30101-31343 |
| Defendant. | |

## DECLARATION OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego, California 92106. On October 17, 2007, I served the following document(s) described as:

— **Summons in a Civil Action**

— **Civil Cover Sheet**

DECLARATION OF SERVICE

Page -1-
Case No.

1  – Verified Complaint of Plaintiff Shelter Island Yachtways For Vessel Arrest,
2  Interlocutory Sale And for Money Damages for: (1) Trespass, (2) Fraud In The
3  Inducement, (3) Breach Of Implied Maritime Contract, (4) Quantum Meruit
4  – Ex Parte Application for Order Authorizing Issuance of a Warrant for Arrest of
5  Defendant Vessel
6  – Declaration of Philip E. Weiss In Support of Vessel Arrest
7  – [Proposed] Order Authorizing Arrest of Defendant Vessel Pursuant to
8  Supplemental Admiralty Rule C
9  – Application for Appointment of Substitute Custodian and for Authorization for
10  Movement of Defendant Vessel
11 – Declaration of Roy Hobbs In Support of Ex Parte Application for Order
12  Appointing Substitute Custodian
13 – [Proposed] Order Appointing Substitute Custodian and Authorizing Movement of
14  Vessel
15 – Warrant for Action In Rem
16 – Notice of Vessel Arrest
17  on the interested parties in Case No. _____ by placing [_] the original
18 [X] a true copy thereof enclosed in a sealed envelope addressed as follows:
19  Mr. Wayne Oliver
20  P.O. Box 3179
21  Kerby, OR  97531-3179
22 [_]  (BY PERSONAL SERVICE): Personal service accomplished by [_] attorney service or
23 [_] _____ , employed by Weiss & Jones.
24 [_]  (BY FACSIMILE AS INDICATED ABOVE): I caused the foregoing document(s) to be
25  sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.
26 [X]  (BY MAIL AS INDICATED ABOVE): As follows: I am "readily familiar" with the firm's
27  practice of collection and processing correspondence for mailing. Under that practice it would be
28  deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego,

DECLARATION OF SERVICE

Page -2-
Case No.

1  California in the ordinary course of business. I am aware that on motion of the party served, service
2  is presumed invalid if postal cancellation date or postage meter date is more than one day after
3  deposit for mailing in affidavit.
4  [ ]   (STATE):   I declare under penalty of perjury under the laws of the State of California that
5  the foregoing is true and correct.
6  [X]   (FEDERAL):  I declare that I am employed in the office of a member of the bar of this court
7  at whose direction the service was made.
8  Dated: October 17, 2007            *Tamara A. Geehan* (signature)
9                                      Tamara A. Geehan
10 c:\arrest-sdcal-clientsub\proofservice

DECLARATION OF SERVICE                                Page -3-
                                                      Case No.