```
WEISS & JONES, LLP
Philip E. Weiss (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801
E-Mail: shiplaw@earthlink.net

Attorneys for Plaintiff
SHELTER ISLAND YACHTWAYS, LTD,
a California Limited Partnership,
dba SHELTER ISLAND BOATYARD
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTER ISLAND YACHTWAYS, LTD, a California Limited Partnership, dba SHELTER ISLAND BOATYARD, <br><br> Plaintiff, <br><br> v. <br><br> M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, <br><br> Defendant. | Civil No. 07 CV 2015 DMS WMc <br><br> IN ADMIRALTY <br><br> DECLARATION OF PHILIP E. WEISS IN SUPPORT OF REQUEST TO ENTER DEFAULT |

I, Philip E. Weiss, declare under penalty of perjury under the laws of the United States and the State of California the following is true and correct:

1. I am an attorney in good standing, licensed to practice before all State and Federal Courts located in the State of California, including this Honorable Court. I am counsel of record of the Plaintiff in this action, SHELTER ISLAND YACHTWAYS, LTD, a California Limited Partnership, dba SHELTER ISLAND BOATYARD.

2. This Declaration is offered in support of Plaintiff SHELTER ISLAND YACHTWAYS, LTD's request that the Clerk of the above-entitled Court enter a Default in this action against the *in rem* Defendant Vessel: M/Y SUNDANCE, Official No. 521498, A

1 | HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM.

3. On October 17, 2007 I caused Plaintiff's Verified Complaint to be filed with this Court.

4. As more fully appearing from and evidenced by a Process Receipt and Return (U.S. Marshal Form 285) which has been executed by the U.S. Marshal, service was effected on the Defendant Vessel on November 8, 2007 by the United States Marshal's office, which on that date posted the Verified Complaint and other vessel arrest documents on the Defendant Vessel and took her into custody. A true and correct copy of this Process Receipt and Return is attached hereto as Exhibit A.

5. In addition, service of the Summons, the Verified Complaint and other documents offered in connection with and in support of the instant vessel arrest in this action was effected on October 17, 2007 on the documented owner of the DEFENDANT VESSEL, as evidenced by the Declaration of Service which is hereto attached hereto as Exhibit B and which in on file in this action:

Mr. Wayne Oliver          [Defendant Vessel's Documented Owner]
P.O. Box 3179
Kerby, OR  97531-3179

Neither the above named individual, nor any other person or entity, have intervened or otherwise appeared in this action, and none has responded to the Verified Complaint on behalf of the Defendant Vessel within the time prescribed by the Federal Rules of Civil Procedure.

6. No party or person has, as required by Supplemental Admiralty Rule C(6)(a)(i), filed a Statement of Interest in or Right Against the Property within 30 days after publication is completed pursuant to Supplemental Admiralty Rule C(4). The completion of the required publication is evidenced by the true and correct copy of the U.S. Marshal Certificate of Publication attached hereto as Exhibit C.

///
///
///

Case No. 07 CV 2015 DMS (WMC)

7. I respectfully urge that the Clerk of this Honorable Court enter the Default of the *in rem* Defendant Vessel.

Executed this 7th day of December, 2007 at San Diego, California.

_____
Philip E. Weiss

c:\sib\weiss declaration support request enter default.wpd

DECLARATION OF PHILIP E. WEISS
IN SUPPORT OF REQUEST TO ENTER DEFAULT

3

Case No. 07 CV 2015 DMS (WMC)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Shelter Island Yachtways, a California Limited Partnership dba Shelter Island Boatyard | COURT CASE NUMBER 07CV2015 DMS WMC |
| DEFENDANT M/V Sundance, Official no. 521475, a Hatteras motoryacht, her engines, tackle, accessories, in rem | TYPE OF PROCESS In Rem Vessel Seizure |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V Sundance, Official no. 521475, a Hatteras motoryacht, approx 33 feet in length & 14 feet in beam and all her engines, tackle, accessories, gear, in lying

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Shelter Island Boatyard, 2330 Shelter Island Dr, San Diego, CA 92106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Myers & Jones
Attn: Phillip L Jones, Esq
1551 Shelter Island Drive
San Diego, CA 92106

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please seize, take into custody and post complaint/arrest documents on the Defendant vessel M/V Sundance, Official no. 521475, a Hatteras motoryacht of approx 33 feet in length and 14 feet in beam, where she lies at Shelter Island Boatyard, as instructed by Carl as soon as possible. Please contact Bill Ricketts or Roy Hobbs, managers, at 619-222-0481, in advance to advise of date and time of seizure. Thank you.

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 619-235-8884   DATE: 16 Nov 07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service  Time  am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | 5.38 | | $50.38 | | | |

REMARKS:



**NOTE**

EXHIBIT A

1  WEISS & JONES
   Philip E. Weiss, Esq. (No. 152523)
2  1551 Shelter Island Drive
   San Diego, California 92106
3  Telephone: (619) 225-8884
   Facsimile: (619) 225-8801
4
   Attorney for Plaintiff
5  SHELTER ISLAND YACHTWAYS, LTD,
   a California Limited Partnership,
6  dba SHELTER ISLAND BOATYARD

7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
                                        '07 CV 2015   DMS WMc
11
   SHELTER ISLAND YACHTWAYS, LTD, a    )  Case No.
12 California Limited Partnership, dba SHELTER )
   ISLAND BOATYARD,                    )  IN ADMIRALTY
13                                     )
                Plaintiff,              )  DECLARATION OF SERVICE
14                                     )
   v.                                  )  F.R.C.P. Supplemental Admiralty
15                                     )  Rules C and E.
   M/Y SUNDANCE, Official No. 521498, A )
16 HATTARAS MOTORYACHT OF              )  46 U.S.C. Sections 30101-31343
   APPROXIMATELY 33 FEET IN LENGTH     )
17 AND 12 FEET IN BEAM, AND ALL OF HER )
   ENGINES, TACKLE, ACCESSORIES,       )
18 EQUIPMENT, FURNISHINGS AND          )
   APPURTENANCES, in rem,              )
19                                     )
                Defendant.              )
20 _____)

21

22              **DECLARATION OF SERVICE**

23         STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

24     I am employed in San Diego County, State of California. I am over the age of eighteen (18)

25 and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego,

26 California 92106. On October 17, 2007, I served the following document(s) described as:

27     –   **Summons in a Civil Action**

28     –   **Civil Cover Sheet**

DECLARATION OF SERVICE                                          Page -1-
                                                                Case No.
                                                                EXHIBIT B

1  — Verified Complaint of Plaintiff Shelter Island Yachtways For Vessel Arrest,
2  Interlocutory Sale And for Money Damages for: (1) Trespass, (2) Fraud In The
3  Inducement, (3) Breach Of Implied Maritime Contract, (4) Quantum Meruit
4  — Ex Parte Application for Order Authorizing Issuance of a Warrant for Arrest of
5  Defendant Vessel
6  — Declaration of Philip E. Weiss In Support of Vessel Arrest
7  — [Proposed] Order Authorizing Arrest of Defendant Vessel Pursuant to
8  Supplemental Admiralty Rule C
9  — Application for Appointment of Substitute Custodian and for Authorization for
10 Movement of Defendant Vessel
11 — Declaration of Roy Hobbs In Support of Ex Parte Application for Order
12 Appointing Substitute Custodian
13 — [Proposed] Order Appointing Substitute Custodian and Authorizing Movement of
14 Vessel
15 — Warrant for Action In Rem
16 — Notice of Vessel Arrest
17 on the interested parties in Case No. _____ by placing [_] the original
18 [X] a true copy thereof enclosed in a sealed envelope addressed as follows:
19 Mr. Wayne Oliver
20 P.O. Box 3179
21 Kerby, OR  97531-3179
22 [_] (BY PERSONAL SERVICE): Personal service accomplished by [_] attorney service or
23 [_] _____, employed by Weiss & Jones.
24 [_] (BY FACSIMILE AS INDICATED ABOVE): I caused the foregoing document(s) to be
25 sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.
26 [X] (BY MAIL AS INDICATED ABOVE): As follows: I am "readily familiar" with the firm's
27 practice of collection and processing correspondence for mailing. Under that practice it would be
28 deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego,

DECLARATION OF SERVICE                                            Page -2-

Case No.
**EXHIBIT B**

1  California in the ordinary course of business. I am aware that on motion of the party served, service
2  is presumed invalid if postal cancellation date or postage meter date is more than one day after
3  deposit for mailing in affidavit.
4  [ ]    (STATE):    I declare under penalty of perjury under the laws of the State of California that
5  the foregoing is true and correct.
6  [X]    (FEDERAL):  I declare that I am employed in the office of a member of the bar of this court
7  at whose direction the service was made.
8  Dated: October 17, 2007          *Tamara A. Geehan* (signed)
9                                    Tamara A. Geehan
10 c:\arrest-sdcal-clientsub\proofservice

DECLARATION OF SERVICE

Page -3-
Case No.
EXHIBIT B

## CERTIFICATE OF PUBLICATION

**RECEIVED**

2007 NOV 14 A 2:04

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

Andrea Scott
US Marshal
940 Front Street, Room B-150
San Diego CA 92101

### IN THE MATTER OF

**Vessel Arrest M/Y SUNDANCE**

**CASE NO.**
**07-CV 2015**

IN ADMIRALTY
NOTICE OF VESSEL ARREST
F.R.C.P. Supplemental Rule C and E
46 U.S.C. Sections 30101-31343

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
CALIFORNIA
Case No. 07 CV 2015
SHELTER ISLAND YACHTWAYS, LTC., a California Limited Partnership dba SHELTER ISLAND BOATYARD, Plaintiff
vs.
M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES in rem Defendant.

NOTICE IS HEREBY GIVEN pursuant to Rules C and E of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local rules of the United States District Court in and for the Southern District of California, that on the 6th day of November, 2007, the United States Marshal arrested, seized, and took into its possession the vessel, M/Y SUNDANCE, Official No. 521498, a Hatteras Motoryacht of approximately 33 feet in Length and 12 Feet in Beam, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, for the causes set forth in the Verified Complaint, to wit Trespass, Fraud in The Inducement, Breach of Implied Maritime Contract and Quantum Meruit, now pending in the United States District Court for the Southern District of California, at San Diego.

The amount demanded in the Verified Complaint is a sum of $56.00 per day beginning September 17, 2007, and continuing until such time as the DEFENDANT VESSEL is either removed from Plaintiffs' premises, or until she is taken into custody by the U.S. Marshal, pursuant to Order of this Court, plus prejudgment interest and costs of suit (including attorneys' fees).

This Arrest was made pursuant to an Order and Warrant for Arrest issued by the Clerk of the Court on or about November 6, 2007.

I hereby give notice to all persons claiming any interest in said DEFENDANT VESSEL, or having anything to say why the same should not be condemned and forfeited, that they file their claims pursuant to Rule C(6) Supplemental Rules to the Federal Rules of Civil Procedure with the Clerk of the United States District Court, at San Diego, and serve a copy of it on attorneys for Plaintiff, WEISS & JONES, LLP, within ten (10) days after the date of first publication, or within such additional time as the Court may allow, and must serve their answers within twenty (20) days after the filing of their claims, and that all interested persons should file claims and answers within the times so fixed, otherwise, default will be noted and condemnation ordered against any such person not so appearing.

Dated: November 6th, 2007
Steven C. Stafford
Acting U.S. Marshal
By:/s/ Toni Wheatley, Deputy U.S. Marshal
SUBMITTED ON OCTOBER 29, 2007
WEISS & JONES
By:/s/ Philip E. Weiss
Attorneys for Plaintiff
SHELTER ISLAND YACHTWAYS, LTD, a California Limited Partnership, dba SHELTER ISLAND BOATYARD
Pub. Nov 9-00032832

I, Jacqueline R. Burnett, am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years, and not party to or interested in the above entitled matter. I am the principal clerk of the San Diego Transcript, a newspaper of general circulation, printed and published daily, except on Saturdays and Sundays, in the City of San Diego, County of San Diego and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of San Diego, State of California, under the date of January 23, 1909, Decree No. 14894; and the

### Notice of Vessel Arrest

is a true and correct copy of which the annexed is a printed copy and was published in said newspaper on the following date(s), to wit:

**November 9**

I certify under penalty of perjury that the forgoing is true and correct.

Dated at San Diego, California this November 9, 2007

*Jacqueline R. Burnett*
Signature

**EXHIBIT C**