# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shelter Island Yachtways, LTD., a California Limited Liability Partnership, dba Shelter Island Boatyard<br><br>Plaintiff,<br><br>vs<br><br>M/Y Sundance, Official No. 521498, A Hattarars Motoryacht of Approximately 33 Feet in Length and 12 Feet in Beam, and all of her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances, in rem,<br><br>Defendant, | **Civil No.**   07CV2015-DMS-WMC<br><br>**DEFAULT** |

    It appears from the records in the above entitled action that Summons issued on the original Complaint filed on 10/17/07 has been regularly served upon the Defendant M/Y Sundance, Official No. 521498, A Hattarars Motoryacht of Approximately 33 Feet in Length and 12 Feet in Beam, and all of her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances, in rem; and it appears from the records herein that the Defendant M/Y Sundance, Official No. 521498, A Hattarars Motoryacht of Approximately 33 Feet in Length and 12 Feet in Beam, and all of her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances, in rem, has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  **Now, therefore, the DEFAULT is entered against M/Y Sundance, Official No. 521498, A Hattarars Motoryacht of Approximately 33 Feet in Length and 12 Feet in Beam, and all of her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances, in rem.**

**Entered On:**   12/19/07                          W. SAMUEL HAMRICK, JR., CLERK

                                       By:              s/ L Odierno

                                                    L Odierno, Deputy