WEISS & JONES, LLP
Philip E. Weiss (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801
E-Mail: shiplaw@earthlink.net

Attorneys for Plaintiff
SHELTER ISLAND YACHTWAYS, LTD.
a California Limited Partnership,
dba SHELTER ISLAND BOATYARD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTER ISLAND YACHTWAYS, LTD., a California Limited Partnership, dba SHELTER ISLAND BOATYARD,<br><br>Plaintiff,<br><br>v.<br><br>M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Civil No. 07 CV 2015 DMS WMc<br><br>IN ADMIRALTY<br><br>NOTICE OF MOTION AND MOTION FOR INTERLOCUTORY VESSEL SALE<br><br>F.R.C.P. Supplemental Admiralty Rule E(9)<br><br>**SUBMITTED ON PAPERS**<br>**(Oral Arguments Not Requested)**<br><br>Date: April 25, 2008<br>Time: 1:30 a.m.<br>Judge: Hon. Dana M. Sabraw |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on April 25, 2008, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 10 (2nd Floor) of the Southern District Court located at 880 Front Street, San Diego, California 92101, Plaintiff SHELTER ISLAND YACHTWAYS, LTD., a California Limited Partnership, dba SHELTER ISLAND BOATYARD will and hereby does respectfully move this Honorable Court:

To Order the interlocutory sale of the Defendant Vessel, M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN

1  LENGTH AND 12 FEET IN BEAM, together with all of her engines, tackle, accessories,
2  equipment, furnishings and appurtenances, where she lies, at a public auction to be conducted
3  by the offices of the United States Marshal Service, as the soonest time possible time.
4      Said Motion is based upon this Notice of Motion, the Declaration of Bill Roberts in
5  Support of Interlocutory Vessel Sale, the Declaration of Philip E. Weiss in Support of
6  Interlocutory Vessel Sale, the Memorandum of Points and Authorities in Support of
7  Interlocutory Vessel Sale, all records and pleadings on file with the Court, and such oral
8  arguments as the Court may require. Oral argumentation is not requested.
9  DATED: March 25, 2008    WEISS & JONES, L.L.P.

11    By:    s/Philip E. Weiss
            Philip E. Weiss
12           Attorneys for Plaintiff
            SHELTER ISLAND YACHTWAYS, LTD.
13           a California Limited Partnership,
            dba SHELTER ISLAND BOATYARD
14           E-mail: shiplaw@earthlink.net

```
WEISS & JONES
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorney for Plaintiff
SHELTER ISLAND YACHTWAYS, LTD,
a California Limited Partnership,
dba SHELTER ISLAND BOATYARD
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTER ISLAND YACHTWAYS, LTD, a California Limited Partnership, dba SHELTER ISLAND BOATYARD,<br><br>Plaintiff,<br><br>v.<br><br>M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 07 CV 2015 DMS WMc<br><br>IN ADMIRALTY<br><br>DECLARATION OF SERVICE<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

## DECLARATION OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego, California 92106. On March 26, 2008, I served the following document(s) described as:

- **Notice of Motion and Motion For Interlocutory Vessel Sale**

///

1  - **Points and Authorities In Support of Motion for Order For Interlocutory Vessel Sale And Authorization To Credit Bid**

2  - **Declaration of Bill Roberts In Support Of Motion For Order For Interlocutory Vessel Sale And Authorization To Credit Bid**

3  - **Declaration of Philip E. Weiss In Support Of Motion For Order For Interlocutory Vessel Sale And Authorization To Credit Bid**

on the interested parties in Case No. 07 CV 2015 DMS WMc by placing [_] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

    Mr. Wayne Oliver

    P.O. Box 3179

    Kerby, OR  97531-3179

[_]  **(BY PERSONAL SERVICE)**: Personal service accomplished by [_] attorney service or [_] _____, employed by Weiss & Jones.

[_]  **(BY FACSIMILE AS INDICATED ABOVE)**: I caused the foregoing document(s) to be sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.

[X]  **(BY MAIL AS INDICATED ABOVE)**: As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

[ ]  **(STATE)**: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  **(FEDERAL)**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: March 26, 2008    _Tamara A. Geehan_

                         Tamara A. Geehan