WEISS & JONES, L.L.P.
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801
E-Mail: shiplaw@earthlink.net

Attorneys for Plaintiff
SHELTER ISLAND YACHTWAYS, LTD.
a California Limited Partnership,
dba SHELTER ISLAND BOATYARD

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELTER ISLAND YACHTWAYS, LTD., a California Limited Partnership, dba SHELTER ISLAND BOATYARD,<br><br>Plaintiff,<br><br>v.<br><br>M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 07-CV 2015 DMS (WMc)<br><br>IN ADMIRALTY<br><br>DECLARATION OF BILL ROBERTS IN SUPPORT OF MOTION FOR ORDER FOR INTERLOCUTORY VESSEL SALE AND AUTHORIZATION TO CREDIT BID<br><br>F.R.C.P. Supplemental Admiralty Rule E(9); 46 U.S.C. Sections 30101-31343<br><br>SUBMITTED ON PAPERS<br>(Oral Arguments Not Requested)<br><br>Judge: Hon. Dana M. Sabraw<br>Courtroom: 10 - 2nd Floor<br>Date: April 25, 2008<br>Time: 1:30 p.m. |

I, Bill Roberts, declare under penalty of perjury under the laws of the United States and the State of California as follows:

1. I serve as PLAINTIFF's General Partner. The below matters are within my personal knowledge, and I could and would competently testify under oath as to these matters, if called to do so.

///

2. On September 17, 2007 I discovered the DEFENDANT VESSEL had been apparently abandoned at my company's boatyard. In the usual course of business, I am aware of what vessels will be arriving at the boatyard, in advance of the arrival of such vessels. I was unfamiliar with the DEFENDANT VESSEL and confirmed with my staff that she was not scheduled for work. The DEFENDANT VESSEL's apparent owner, Wayne Oliver, was also unknown to me at the time the DEFENDANT VESSEL was deposited at my company's boatyard.

3. Because the DEFENDANT VESSEL is documented with the United States Coast Guard, I was able to obtain certain information from Coast Guard records, including the name and address of her documented owner – Mr. Wayne Oliver. I was eventually able to obtain a phone number for Mr. Oliver. When I contacted him by phone, he informed me that he had hired one of out tenants at the boatyard (Coleman Marine) to work on the DEFENDANT VESSEL's transom. I thereafter contacted John Coleman, who informed me that no only had he not agreed to do work on the DEFENDANT VESSEL, he specifically instructed Mr. Oliver that he was not to bring the vessel to my company's boatyard. Soon thereafter, I contacted our maritime attorney, and asked for his assistance in resolving the problem.

4. According to her Coast Guard documentation records, the DEFENDANT VESSEL, a 34-foot sailboat, is now 40 years old. Although I have not personally surveyed this vessel or commissioned a survey, based on decades of experience owning boatyards, I believe the DEFENDANT VESSEL is in only fair condition, and that she is likely unseaworthy, in that she is not reasonably fit for her intended purpose.

Executed this 25 day of March, 2008 at San Diego, California.

_____
Bill Roberts
General Partner
Shelter Island Yachtways, Ltd.