WEISS & JONES, L.L.P.
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801
E-Mail: shiplaw@earthlink.net

Attorneys for Plaintiff
SHELTER ISLAND YACHTWAYS, LTD.
a California Limited Partnership,
dba SHELTER ISLAND BOATYARD

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELTER ISLAND YACHTWAYS, LTD., a California Limited Partnership, dba SHELTER ISLAND BOATYARD,<br><br>Plaintiff,<br><br>v.<br><br>M/Y SUNDANCE, Official No. 521498, A HATTARAS MOTORYACHT OF APPROXIMATELY 33 FEET IN LENGTH AND 12 FEET IN BEAM, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 07-CV 2015 DMS (WMc)<br><br>IN ADMIRALTY<br><br>DECLARATION OF PHILIP E. WEISS IN SUPPORT OF MOTION FOR ORDER FOR INTERLOCUTORY VESSEL SALE AND AUTHORIZATION TO CREDIT BID<br><br>F.R.C.P. Supplemental Admiralty Rule E(9); 46 U.S.C. Sections 30101-31343<br><br>SUBMITTED ON PAPERS<br>(Oral Arguments Not Requested) |

I, Philip E. Weiss, declare under penalty of perjury under the laws of the United States and the State of California as follows:

1. I am admitted to practice in all Federal and State Courts located within the State of California, including the United States District Court for the Southern District of California. I am counsel of record for the Plaintiff in this action. The matters herein asserted

///

are of my personal knowledge, and as to such matters I could and would competently testify thereto under oath, should I be called to do so.

    2. On September 25, 2007 I caused a letter to be mailed to Wayne Oliver, addressed to the address reflected as his on U.S. Coast Guard records for the DEFENDANT VESSEL. A true and correct copy of this letter is attached hereto as Exhibit A. In this letter I made demand that the DEFENDANT VESSEL be immediately removed from PLAINTIFF's boatyard, and advised Mr. Oliver that lay day charges, calculated at the boatyard's usual rates, would be imposed until the DEFENDANT VESSEL was removed, and further that PLAINTIFF would seek the arrest of the trespassing DEFENDANT VESSEL if she was not removed within five days. This letter also urged Mr. Oliver to retain the services of an experienced maritime lawyer if he refused to remove his vessel or had doubts as to PLAINTIFF's right to seek the arrest of the offending vessel.

    3. Having received no response to his letter, I contacted Mr. Oliver by telephone on October 4, 2007 to discuss the situation. At that time Mr. Oliver indicated he would in fact remove the DEFENDANT VESSEL the following week. During this conversation I reminded Mr. Oliver that lay day fees were continuing to accrue at the rate of $66.00 per day (calculated at the usual rate of $2.00 per foot of boat length per day). He agreed he would pay the lay day charges, and also indicated he would reimburse PLAINTIFF for the attorneys' fees it incurred in connection with the instant matter. At this time Mr. Oliver indicated he would remove the vessel no later than the following Wednesday, October 10, 2007, and that he would pay the lay day charges and attorneys' fees on that date. In the interest of resolving the matter informally and avoiding an unnecessary use of the Court's valuable and limited resources, PLAINTIFF agreed to hold legal action in abeyance, to permit Mr. Oliver an opportunity to perform on his promises. Regrettably, he did not.

    4. On October 10, 2007, the date by which Mr. Oliver was to have removed his vessel and paid all sums agreed due, he had neither removed the DEFENDANT VESSEL nor contacted PLAINTIFF or its attorney to explain why he had not done so, nor paid the sums agreed due. Accordingly, I again called Mr. Oliver, to inquire as to his intentions. Mr. Oliver advised he had been unable to move the vessel because his car "broke down" in Oregon, where

DECLARATION OF PHILIP E. WEISS IN SUPPORT MOTION FOR ORDER FOR
INTERLOCUTORY VESSEL SALE AND AUTHORIZATION TO CREDIT BID

Page -2-
Case No. 07 CV 2015 DMS (WMc)

he apparently now resides. Asked why he did not then fly down to resolve the problem (which after all was growing larger by at least $66.00 per day), Mr. Oliver told me he did not have the time to fly down because he had to go to a Veteran's Hospital. He did not explain, however, how he would have had time to drive to San Diego from Oregon without interfering with his hospital appointment, yet did not have the time to fly to San Diego. Mr. Oliver advised he was "working on getting the money" necessary to satisfy PLAINTIFF's claim. When asked, Mr. Oliver admitted he had not made arrangements for the accommodation of the DEFENDANT VESSEL once he removed it from PLAINTIFF's boatyard. When I asked him how long it would be before he would obtain the funds necessary to resolve this matter (pay lay day fees, remove his vessel and pay, as agreed, attorneys' fees), he could not or would not provide any estimate. I than then informed Mr. Oliver that the DEFENDANT VESSEL was continuing to interfere with boatyard operations, and that if she was not removed immediately PLAINTIFF would be left with no option but to seek the assistance of the Court. Mr. Oliver reiterated he "can't say when [he] will get the money" necessary to satisfy PLAINTIFF's claim and remove his boat.

5. I conducted today a search of the Yachtword.com database (said to contain listings on over 118,000 vessels nationwide) for all listed 1968 34-foot Hatteras motoryachts. This search yielded only a single listing, with an asking price of $24,900.00 A true and correct copy of this listing is attached hereto as Exhibit B. In contrast to the DEFENDANT VESSEL, the vessel listed at Yachtworld.com is said to be "pretty outside" with an interior in "good" condition, and with Chrysler 440 engines that reportedly run "real good."

Executed this 25th day of March, 2008 at San Diego, California.

s/Philip E. Weiss

Philip E. Weiss
Attorney for Plaintiff
Shelter Island Yachtways, Ltd.
dba Shelter Island Boatyard
E-mail: shiplaw@earthlink.net

DECLARATION OF PHILIP E. WEISS IN SUPPORT MOTION FOR ORDER FOR INTERLOCUTORY VESSEL SALE AND AUTHORIZATION TO CREDIT BID
Page -3-
Case No. 07 CV 2015 DMS (WMc)

Weiss & Jones
Counselors-at-Law

September 25, 2007

EB514716015US

Mr. Wayne Oliver
3653 South Highway 99 (Medford)
Post Office Box 1085
Jacksonville, Oregon 97530

Re: Shelter Island Boatyard adv. M/Y SUNDANCE, Oliver
Demand for Immediate Removal of Trespassing Vessel; Vessel Arrest

Dear Mr. Oliver:

I represent Shelter Island Boatyard in connection with the referenced matter. The above referenced vessel, a Hattaras motoryacht of approximately 33 feet in length and 12 feet in beam, U.S.C.G. Official No. 521498 was ***abandoned at my client's boatyard*** on September 17, 2007.

This vessel, known as M/Y SUNDANCE, has no contractual or other legal authority to occupy space at my client's boatyard. Maritime law recognizes her as a *trespasser*. The trespass of a vessel gives rise to a maritime lien against her, which may be enforced by way of a vessel arrest accomplished in Federal Court. In such event, the very substantial costs of the arrest are fully recoverable. If you force us to arrest your vessel you can bet your life that we will seek recovery of every penny of the associated costs. If you doubt our ability to do this I suggest you immediately retain the services of an experienced maritime attorney..

In addition, without waiving my client's objection to the trespass of your boat, my client is assessing ***lay day charges at its usual rate of $2.00 per foot per day***. This amount to $66.00 per day for your vessel. As a result of these unpaid charges, maritime "necessaries" lien has also arisen against your vessel, which also is enforceable in admiralty in a vessel arrest action. Be advised my client does not assume, and specifically disclaims, any custodial or any other duty with respect to your boat.

It is nothing short of *outrageous* that you have abandoned your vessel or allowed her to be abandoned at my client's facility. This is akin to someone parking an old wreck of an R.V. in front of your house and simply walking away. We will not allow your scow of a boat to become my client's problem. ***I have been instructed that if the vessel is not removed within five calendar days from the date of this letter I am to submit vessel arrest papers in the U.S. Federal District Court in San Diego, without further notice, naming you and your vessel as defendants***. If this becomes necessary I will aggressively pursue vindication of my client's property rights, which you have seriously invaded by permitting your vessel to trespass at my client's boatyard.

If you have any thoughts of disregarding this letter I would urge you in the strongest possible terms to retain the services of a maritime lawyer ***immediately***, so he or she can explain

Philip E. Weiss ▼ *San Diego County Office*
1551 Shelter Island Drive ▼ San Diego, California 92106
619.225.8884 ▼ Fax 619.225.8801
e-mail: pweiss@weissjones.com

George M. Jones ▼ *Los Angeles County Office*
429 Shoreline Village Drive, Suite N ▼ Long Beach, California 90802
562.435.9501 ▼ Fax 562.435.9581
e-mail: gjones@weissjones.com

to you exactly how any litigation is likely to "play out." Not well for you and your boat, I assure you. ***<u>There will be no further notice or warning. If for any reason your boat is not removed by midnight on October 1, 2007 the next communication you will receive is service of legal papers, which you will be required to respond to.</u>*** Remove you boat immediately or we will hold you and her accountable, simple as that. If I have not made myself perfectly clear, or if you or any lawyer you retain have any questions, I will look forward to hearing from you or such lawyer immediately to discuss them. This is a matter of utmost urgency. No excuses will be accepted. To avoid becoming a defendant in a federal action, you must take the action demanded above now.

Sincerely,

Philip E. Weiss

cc: Client

EB 514716015 US

**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE®

**Customer Co[py]**
Label 11-B, March 2[…]

**Post Office To Addresse[e]**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| PO ZIP Code: 92106 | Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage: $ 16.25 |
| Date Accepted: Mo. 4 Day 26 Year 7 | Scheduled Date of Delivery: Month 4 Day 28 | Return Receipt Fee: $ |
| Time Accepted: 3:11 ☐ AM ☐ PM | Scheduled Time of Delivery: ☐ Noon ☐ 3 PM | COD Fee: $ / Insurance Fee: $ |
| Flat Rate ☐ or Weight: lbs. 2 ozs. | Military: ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees: $ 16.25 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials |

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

**PAYMENT BY ACCOUNT**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** *(Domestic Mail On[ly])* **Additional merchandise insurance is void i[f] customer requests waiver of signature.** I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY** ☐ Weekend ☐ Holiday

Mailer Signature

**FROM:** (PLEASE PRINT) PHONE ( ) 619 225 8884

Weiss & Sons
1551 Shelter Island Dr
San Diego, CA 92106

**TO:** (PLEASE PRINT) PHONE ( )

[illegible]
3653 South Highway 99
(Medford)
P.O. Box 1085
Jacksonville, OR

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

9 7 5 3 0 + ☐ ☐ ☐ ☐

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

EMS



YACHTWORLD

.COM HOM BOAT CHARTE SERVI

Print this boat Email a friend

*Click on image to enlarge*

## 34' Hatteras Sport fish / AWL Grip

- Year: 1968
- **Current Price: US$ 24,900**
- Located In Mattapoisett, MA
- Hull Material: Fiberglass
- Engine/Fuel Type: Twin Gas/Petrol
- YW# 3024-1784964

Photo Gallery | Full Specs | Send Email
Finance It | Insure It

Other photos: Transom, Deck, Salon, Cockpit, Running Gear, Engine room.

One of my favorites, Hargrave design, heavy glass, good cruise, big enough to be stable but not so big it busts your wallet to store and maintain and your back to clean. She looks pretty outside, original interior is in good shape, Chrysler 440's run real good, canvas is missing. She needs a little here and there but is very complete and usable, these are well worth an effort.

Adam 6508-951-4869

Contact B.L.M. Yacht Sales Ltd..

1 Ferry Street
Fall River, MA 02721 USA

**Toll-free 877-513-8965**
Tel 508-677-4256
Fax 508-678-7564
Email us

Society of Accredited Marine Surveyors
When Only THE BEST Will Do....
Hire a SAMS Surveyor For All Your Vessel Needs
SAMS
www.marinesurvey.o

contact us | help | about us | advertise with us | site map
YachtWorld.com, Lake Union Building, Suite 320, 1700 Westlake Avenue North, Seattle, Washington 98109, Facsimile 206.352.9406

copyright © 2008 Dominion Enterprises All Rights Reserved. | terms of use | privacy

EXHIBIT B