DUPLICATE BILL OF SALE

07CV2015

OMB APPROVED
2115-0110

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1356 (REV. 9-92) | BILL OF SALE BY GOVERNMENT ENTITY PURSUANT TO COURT ORDER OR ADMINISTRATIVE DECREE OF FORFEITURE | THIS SECTION FOR COAST GUARD USE ONLY |
|---|---|---|

THIS SECTION FOR COAST GUARD USE ONLY

**FILED**
JUN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1. VESSEL NAME: M/Y SUNDANCE

2. OFFICIAL NUMBER OR OTHER UNIQUE IDENTIFIER: 521498

3. PERSON EXECUTING INSTRUMENT
   NAME: MARK OWEN        TITLE: ACTING CHIEF DEPUTY U.S. MARSHAL
   NAME AND ADDRESS OF AGENCY REPRESENTED (AND DISTRICT, IF APPLICABLE
   U.S. MARSHALS SERVICE, SOUTHERN DISTRICT OF CALIFORNIA, 940 FRONT ST., B 150, SAN DIEGO, CA 92101

4. COURT OR FORFEITURE INFORMATION:
   [ ] VESSEL SOLD PURSUANT TO ADMINISTRATIVE FORFEITURE (COPY OF DECREE ATTACHED)
   [X] VESSEL SOLD PURSUANT TO COURT ORDER
   NAME OF COURT: U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA
   TITLE OF ORDER: ORDER CONFIRMING SALE

RECORDING DATA:
BOOK:          PAGE:
PORT (IF DIFFERENT FROM FILING PORT)

5. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH:
SHELTER ISLAND YACHTWAYS, LTD., A CALIFORNIA LIMITED PARTNERSHIP, DBA SHELTER ISLAND BOATYARD
2330 SHELTER ISLAND DRIVE
SAN DIEGO, CA 92106

5A. TOTAL INTEREST TRANSFERRED (100% UNLESS OTHERWISE SPECIFIED) _____ %

5B. MANNER OF OWNERSHIP. (CHECK ONLY ONE, IF APPLICABLE). UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST.
[ ] JOINT TENANCY WITH RIGHT OF SURVIVORSHIP    [ ] TENANCY BY THE ENTIRETIES    [ ] COMMUNITY PROPERTY
[ ] OTHER (DESCRIBE)

6. CONSIDERATION RECEIVED:
***$1,000.00 (CREDIT BID)***
(ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)

7. BY VIRTUE OF THE AFORESAID COURT ORDER, A COPY OF WHICH IS ATTACHED HERETO, OR DECREE OF ADMINISTRATIVE FORFEITURE ATTACHED HERETO, I DO HEREBY GRANT, BARGAIN, AND SELL THE VESSEL DESCRIBED HEREIN, TOGETHER WITH ITS TACKLE, APPAREL, AND FURNITURE, TO THE BUYER(S) NAMED ABOVE.

8. SIGNATURE AND ACKNOWLEDGMENT:
   /s/ Mark Owen
   MARK OWEN, ACTING CHIEF DEPUTY U.S. MARSHAL

   ON _____ (DATE) THE _____ STATE: _____
   PERSON(S) NAMED ABOVE ACKNOWLEDGED EXECUTION     COUNTY: _____
   OF THE FOREGOING INSTRUMENT IN THEIR STATED
   CAPACITY (IES) FOR THE PURPOSE THEREIN CONTAINED
                                                    NOTARY PUBLIC _____
   SEE ATTACHED Acknowledgment
   6/9/08
                                                    MY COMMISSION EXPIRES: _____
                                                    (DATE)

PREVIOUS EDITION OBSOLETE                           SN 7530-00-F01-1070

CLK COPY

# ACKNOWLEDGMENT

State of California
County of San Diego )

On June 9, 2008 before me, Claudia P. Vazquez-Pico, Notary Public
(insert name and title of the officer)

personally appeared Mark Owen ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CLAUDIA P. VAZQUEZ-PICO
COMM. #1786605
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Comm. Exp. DEC. 23, 2011

Signature Claudia P. Vazquez-Pico   (Seal)